**No. 46312.**

Missouri Court of Appeals, Eastern District, Division Three.

April 3, 1984.

**STATE of Missouri, Respondent,**

v.

**Ronnie J. WOODS, Appellant.**

**No. WD 35014.**

Missouri Court of Appeals, Western District.

April 3, 1984.

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan J. Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from convictions for robbery in the second degree, Section 569.030, R.S.Mo. 1978, and armed criminal action, Section 571.015, R.S.Mo.1978, and consecutive sentences of five years imprisonment on each count.

Affirmed. Rule 30.25(b).